1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT TACOMA

8   DAMIEN MICHAEL SHENEFIELD,

9                          Petitioner,          Case No. C23-5617-RAJ-MLP

10        v.

11  STATE OF WASHINGTON,                         ORDER EXTENDING TIME FOR
                                                 PETITIONER TO RESPOND TO ORDER
                                                 TO SHOW CAUSE
12                         Respondent.

13

14         This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner submitted his

15  federal habeas petition to the Court for filing on July 10, 2023, and the petition was filed on July

16  24, 2023, after Petitioner corrected a filing fee deficiency. (*See* dkt. ## 1, 3.) On August 7, 2023,

17  this Court issued an Order directing Petitioner to show cause not later than September 8, 2023,

18  why his petition should not be dismissed as time barred. (Dkt. # 7.) Petitioner never responded to

19  the Order to Show Cause. However, on October 13, 2023, the Court received a letter from

20  Petitioner inquiring about the status of his case and he appears to indicate therein that he never

21  received a copy of the Order. (*See* dkt. # 8.)

22         On October 16, 2023, the Clerk's Office responded to Petitioner's letter and apparently

23  provided him a copy of both the docket sheet and the Order to Show Cause. (*See* dkt. # 9.) While

ORDER EXTENDING TIME FOR
PETITIONER TO RESPOND TO
ORDER TO SHOW CAUSE - 1

1  Petitioner should now be in possession of the Court's Order, the deadline set forth therein for

2  filing a response has passed. The Court deems it appropriate to extend the original deadline so

3  Petitioner may file a response to the Order to Show Cause should he desire to do so.

4         Accordingly, the Court hereby ORDERS as follows:

5         (1)    Petitioner is directed to file a response to the Court's Order to Show Cause (dkt.

6  # 7) not later than *November 30, 2023*. Failure to file a response by that date will result in a

7  recommendation that this action be dismissed for failure to prosecute.

8         (2)    The Clerk is directed to send copies of this Order to Petitioner and to the

9  Honorable Richard A. Jones.

10         DATED this 3rd day of November, 2023.

11

12

13  MICHELLE L. PETERSON
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

ORDER EXTENDING TIME FOR
PETITIONER TO RESPOND TO
ORDER TO SHOW CAUSE - 2