HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMIEN MICHAEL SHENEFIELD,

    Plaintiff,

  v.

STATE OF WASHINGTON.,

    Defendant.

Case No. C23-5617-RAJ

ORDER DISMISSING ACTION

    The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of United States Magistrate Judge Michelle L. Peterson, any objections thereto, and the remaining record, does hereby find and ORDERS:

    (1) The Report and Recommendation is approved and adopted.

    (2) Petitioner's petition for writ of habeas corpus (dkt. # 3) and this action are DISMISSED, with prejudice, as untimely under 28 U.S.C. § 2244(d).

    (3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

    (4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

    DATED this 2nd day of February, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER – 1